AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Derek E. Hines)                                                                 20-051

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Steven Pennycooke<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No. 20-mj-955<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2020__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | On or about June 2, 2020, in Philadelphia County, in the Eastern District of Pennsylvania, defendant Steven Pennycooke knowingly possessed a firearm, that is, a black 9mm Hi-Point C9 handgun, bearing serial number P10078139, loaded with one round in the chamber and eight rounds in the magazine, the possession affected interstate commerce, and at the time of the offense, the defendant knew he had previously been convicted of a felony. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Jeffrey Guagliardo
*Complainant's signature*

Special Agent Jeffrey Guagliardo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/08/2020

/s/ Timothy R. Rice
*Judge's signature*

City and state: Philadelphia, PA

The Honorable Timothy R. Rice, U.S.M.J.
*Printed name and title*