# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 2:20-cr-00227 |
| | : | |
| STEVEN PENNYCOOKE | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 2:20-cr-00228 |
| | : | |
| SHAWN COLLINS | : | |

## ORDER

**AND NOW,** this 19th day of February, 2021, upon consideration of the government's motion to consolidate (No. 20-cr-227, ECF No. 20; No. 20-cr-228, ECF No. 21), the defendants' responses in opposition (No. 20-cr-227, ECF No. 25; No. 20-cr-228, ECF No. 26), and the government's reply (No. 20-cr-227, ECF No. 34; No. 20-cr-228, ECF No. 34), it is hereby **ORDERED** that the government's motion (No. 20-cr-227, ECF No. 20; No. 20-cr-228, ECF No. 21) is **GRANTED**. The criminal cases *United States v. Pennycooke*, 20-cr-227, and *United States v. Collins*, 20-cr-228, are **CONSOLIDATED**, including for purposes of a pretrial motions hearing and trial.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge