# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 2:20-cr-00227 |
| | : | |
| STEVEN PENNYCOOKE | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 2:20-cr-00228 |
| | : | |
| SHAWN COLLINS | : | |

## ORDER

**AND NOW**, this 15th day of July, 2021, upon consideration of Defendant Steven Pennycooke's Motion to Suppress (Docket No. 20-cr-0227, ECF No. 17) and Supplemental Motion to Suppress (Docket No. 20-cr-0227, ECF No. 47), Defendant Shawn Collins's Omnibus Pretrial Motion (Docket No. 20-cr-0228, ECF Nos. 18, 19) and Supplemental Response in Support (Docket No. 20-cr-0228, ECF No. 51), the government's responses in opposition (Docket No. 20-cr-0227, ECF Nos. 18, 46; Docket No. 20-cr-0228, ECF Nos. 20, 52), and the testimony and exhibits presented at the hearing on April 26, 2021, it is hereby **ORDERED as follows:**

1. Defendant Steven Pennycooke's motions to suppress (Docket No. 20-cr-0227, ECF No. 17, 47) are **DENIED.**

2. Defendant Shawn Collins's omnibus pretrial motion (Docket No. 20-cr-0228, ECF Nos. 18, 19, 51) is **DENIED in part** and **GRANTED in part** as follows:

    a. The request to suppress evidence of the firearm is **DENIED**.

    b. The request for an order compelling the production of *Brady* material is **GRANTED in part.** The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), subsequent cases, and Federal Rule of Criminal Procedure 5(f)(1), to timely disclose information favorable to the defense as to criminal liability on the charged offenses or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

    c. The remaining requests are **DENIED as moot**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge